UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD J. VENTICINQUE,

            Petitioner,

   -against-                          **MEMORANDUM & ORDER**
                                          Case No. 04-CV-3411 (FB)

JOHN BURGE, Warden,

            Respondent.
------------------------------------------------------------x

*Appearances:*
*For the Petitioner:*
RONALD VENTICINQUE, *pro se*
#00-A-3176
Auburn Correctional Facility
135 State Street
Auburn, NY 13021

*For the Respondent:*
KIMBERLY MORGAN, ESQ.
New York State Attorney Generals Office
120 Broadway
New York, NY 10271

**BLOCK, District Judge:**

       On March 8, 2005, *pro se* petitioner, Ronald Venticinque ("Venticinque"), brought to the Court's attention that respondent, John Burge ("Burge"), Superintendent of Auburn Correctional Facility, had responded to only one of the nine grounds for *habeas* relief raised in Venticique's petition and had omitted the portion of the petition that raised the remaining grounds in the copy of the *habeas* petition that Burge attached to his opposition. Because it appears that Burge may not have received a full copy of the *habeas* petition, the Court hereby attaches a copy of the petition and will now afford him sixty (60) days to address the remaining grounds raised in the petition.

                                                            /s/ Frederic Block
                                                            Frederic Block
                                                            United States District Judge

Brooklyn, New York
June 1, 2005

1