UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD J. VENTICINQUE,

                    Petitioner,

-against-

JOHN BURGE, Warden,

                    Respondent.
------------------------------------------------------------X

JUDGMENT
04-CV- 3411 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on December 14, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
       December 14, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court